FILED

MAY 2 9 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for the United States of America
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:12-cr-00198 WBS

12                      Plaintiff,         [PROPOSED] ORDER FOR
                                           UNSEALING INDICTMENT
13  v.

14  STEVEN ORTEGA, et al.

15                      Defendants.

16

17      The government's request to unseal the indictment and this case is GRANTED.

18  SO ORDERED:

19  DATED:  5-29-2012

20                                         HON. EDMUND F. BRENNAN
                                           U.S. Magistrate Judge
21

22

23

24

25

26

27

28

2