```
 1  SCOTT N. CAMERON
    Attorney at Law
 2  1007 7th Street, Suite 319
    Sacramento, California 95814
 3  Telephone: (916) 442-5230

 4  Attorney for:
    JUSTIN McMILLIAN
 5

 6

 7              IN THE UNITED STATES DISTRICT COURT

 8             FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,   )  CASE NO. 2:12-cr-00198-MCE
                                )
11              Plaintiff,      )
                                )
12      v.                      )  **WAIVER OF DEFENDANT JUSTIN**
                                )  **McMILLIAN'S APPEARANCE**
13  JUSTIN McMILLIAN, et. al.,  )
                                )
14              Defendants.     )
    _____)
15

16      JUSTIN McMILLIAN (hereafter "defendant") hereby waives the right
17  to be present in person in open court upon the hearing of any motion
18  or other proceeding in this cause, including, but not limited to, when
19  the case is ordered set for trial, when a continuance is ordered, and
20  when any other action is taken by the court before or after hearing,
21  except upon arraignment, plea, confirmation of trial, impanelment of
22  jury, during trial, and imposition of sentence.
23      Defendant hereby requests the court to proceed during every
24  absence of his which the court may permit pursuant to this waiver;
25  agrees that his interests will be deemed represented at all times by
26  the presence of his attorney, the same as if defendant were personally
27  present; and further agrees to be present in court ready for hearing
28  any day and hour the court may fix in his absence.
```

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3171 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant being present.

The original signed copy of this waiver is being preserved by the undersigned attorney.

DATED: 6/1/12

by /s/Justin McMillian
JUSTIN McMILLIAN
Defendant

I agree and consent to my client's waiver of appearance.

DATED: 6/7/12

by /s/Scott Cameron
Scott Cameron
Counsel for:
JUSTIN McMILLIAN

IT IS SO ORDERED.

Dated: June 13, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE