**GREGORY W. FOX #240214**
1100 W. Shaw Avenue, Suite. 120
FRESNO, CA 93711
PHONE (559) 222-5800
FAX (559) 222-5801

ATTORNEYS FOR Defendant
Charles Erickson

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA | Case No.: 2:12-cr-00198-MCE |
|---|---|
| Plaintiff, | |
| v. | WAIVER OF PERSONAL APPEARANCE; ORDER |
| CHARLES ERICKSON, | |
| Defendant. | |

The defendant, Charles Erickson, hereby waives his right to be present in person upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of the jury and imposition of sentence. The defendant hereby respectfully requests that the court proceed during every absence of which the court may permit pursuant to this waiver and agrees that his interests shall be deemed to be represented at all times by the presence of his attorney, the same as if the defendant were personally present. The defendant further agrees to be present in court ready for trial any day and hour the court may fix in his absence.

///

Defendant further acknowledges that he has been informed of his rights under Title 18 of the United States Code, sections 3161-3171 (Speedy Trial Act), and has authorized his attorney to set times and delays under the provisions of that Act without defendant being present.

Dated: June 18, 2012 /s/ Charles Erickson
CHARLES ERICKSON

APPROVED:

/s/ Gregory W. Fox
Attorney for Defendant
CHARLES ERICKSON

    IT IS SO ORDERED

Dated: June 19, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE