**GREGORY W. FOX #240214**
1100 W. Shaw Avenue, Suite. 120
FRESNO, CA 93711
PHONE (559) 222-5800
FAX (559) 222-5801

ATTORNEYS FOR Defendant
Charles Erickson

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 2:12-cr-00198-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO MODIFY CHARLES ERICKSON'S SPECIAL CONDITIONS OF RELEASE |
| CHARLES ERICKSON, | |
| Defendant. | |

The defendant, Charles Erickson, hereby agrees to the following addition to the special conditions of his release:

12. You shall not associate or have any verbal, written, telephonic or electronic communication and/or contact with Darlene Perez without the prior approval of Pretrial Services.

The parties hereby agree and stipulate to the aforementioned addition to the special conditions of Charles Erickson's release.

Dated: June 29, 2012        /s/ Charles Erickson
                                              CHARLES ERICKSON

BENJAMIN B WAGNER
UNITED STATES ATTORNEY

Dated: June 29, 2012 /s/ Michael D. Anderson

Michael D. Anderson
Assistant United States Attorney

Dated: June 29, 2012 /s/ Gregory W. Fox

Attorney for Defendant
Charles Erickson

## **ORDER**

**IT IS HEREBY ORDERED** that the special conditions of Charles Erickson's release issued on March 21, 2012, by United States Magistrate Judge, Kendall J. Newman are amended to include the following condition:

12. You shall not associate or have any verbal, written, telephonic or electronic communication and/or contact with Darlene Perez without the prior approval of Pretrial Services.

Dated: June 29, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE