**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JASON SIEGFRIED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12–CR-S-00198-MCE |
| PLAINTIFF, | STIPULATION AND PROPOSED ORDER TO MODIFY APPEAL SCHEDULE AND HEARING DATE |
| v. | |
| STEVEN ORTEGA, SR., et al., | |
| DEFENDANTS. | |

The parties to this appeal, the United States of America, represented by Assistant United States Attorney, Mr. Michael D. Anderson and the defendant, JASON SIEGFRIED, represented by his counsel, Mr. James R. Greiner, hereby agree and stipulate that the Appeal briefing schedule can be modified as follows and that the present hearing date for the Appeal of Thursday, August 23, 2012, can be vacated and re-set to Thursday, September 6, 2012, at 9:00 a.m., or as soon thereafter as the matter might be heard by this Court:

///
///
///

1

| | |
|---|---|
| Opening brief by Appellant due on or before | July 24, 2012 |
| Opposition brief by Appellee due on or before | August 14, 2012 |
| Reply brief by Appellant due on or before | August 21, 2012 |
| Hearing on Appeal | September 6, 2012 |

Respectfully submitted
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 7-2-12  /s/ Michael D. Anderson
_____
Michael D. Anderson
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 7-2-12  /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant
20- Jason Siegfried

## ORDER

The Court having read and considered the parties agreements and stipulations and the record in this case, hereby makes the following findings and Order:

Time under the Speedy Trial Act to September 6, 2012, has already been made by this Court pursuant to the Stipulation and Order at docket # 225, dated June 19, 2012, and that Order and factual findings is incorporated herein and adopted in full;

The Court adopts the parties agreements and stipulations to modify the Appeal briefing schedule and hearing date as follows:

///
///
///

| | | |
|---|---|---|
| 1 | Opening brief by Appellant due on or before | July 24, 2012 |
| 2 | Opposition brief by Appellee due on or before | August 14, 2012 |
| 3 | Reply brief by Appellant due on or before | August 21, 2012 |
| 4 | Hearing on Appeal | September 6, 2012 |

IT IS SO ORDERED.

Dated: July 10, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3