1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4  E Mail: C.Fry@att.net

5  Attorney for DUSTY BURGE,
   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-CR-00198-MCE |
| Plaintiff, | ) | |
| v. | ) | **WAIVER OF PERSONAL APPEARANCE**; **ORDER** |
| DUSTY BURGE, | ) | |
| Defendant. | ) | |

The defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, every trial stage including impanelment of jury and verdict, and imposition of sentence.  The defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, agrees that his interests will be deemed represented at all times by the presence of his attorney the same as if he were personally present, and further agrees to be present in court and ready for trial any day and hour the court may fix in his absence.

-1-

The defendant acknowledges that he has been informed of his rights under Title 18 U.s.C. Sections 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that act without his being present.

Dated: July 1, 2010      /s/ Dusty Burge

DUSTY BURGE, Defendant

I agree with and consent to my client's waiver of appearance.

Dated: July 12, 2010      /s/ Candace A. Fry

CANDACE A. FRY, Attorney for Defendant

   IT IS SO ORDERED.

Dated: July 13, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE