**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JASON SIEGFRIED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 12–CR-S-00198-MCE |
| ) | |
| PLAINTIFF, ) | STIPULATION AND |
| ) | ORDER TO MODIFY APPEAL |
| v. ) | SCHEDULE AND HEARING DATE |
| ) | |
| STEVEN ORTEGA, SR., ) | |
| et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |
| ) | |
| _____) | |

    The parties to this appeal, the United States of America, represented by Assistant United States Attorney, Mr. Michael D. Anderson and the defendant, JASON SIEGFRIED, represented by his counsel, Mr. James R. Greiner, hereby agree and stipulate that **only the Appeal briefing schedule** can be modified as follows and **that only the present hearing date for the Appeal** of Thursday, September 6, 2012, can be vacated and the **Appeal Hearing date only can be re-set** to Thursday, November 29, 2012, at 9:00 a.m., or as soon thereafter as the matter might be heard by this Court (**the Status Conference date of September 6, 2012, is still in place and on calendar, that date is not being changed by this Stipulation**):

1

| | |
|---|---|
| Opening brief by Appellant due on or before | September 20, 2012 |
| Opposition brief by Appellee due on or before | October 25, 2012 |
| Reply brief by Appellant due on or before | November 8, 2012 |
| Hearing on Appeal | November 29, 2012 |

The parties agree and stipulate that time under the Speedy Trial Act to September 6, 2012, has already been made by this Court pursuant to the Stipulation and Order at docket # 225, dated June 19, 2012, and that Order and factual findings is incorporated herein and adopted in full by the parties and the parties agree and stipulate that from September 6, 2012, to and including November 29, 2012, time under the Speedy Trial Act can be excluded pursuant to Title 18 U.S.C. section 3161(h)(1)(d) (pending motion before the court, Local Code E) to the pending motion and resulting appeal of that motion to the District Court brought on behalf of defendant Jason Siegfried and pursuant to Title 18 U.S.C. section 3161(h)(7)(A), 3161(h)(7)(B)(ii) which corresponds to Local Code T-2 (complex) and 3161(h)(7)(B)(iv) which corresponds to Local Code T-4 (attorney preparation time), in that the ends of justice served by continuing the case from Thursday, September 6, 2012 to and including November 29, 2012, outweigh the best interest of the public and the defendant in a speedy trial based upon the facts of this case:

    1- the case is so unusual or so complex due to the number of defendants, to date being thirty-one (31); the nature of the prosecution dealing with at least six (6) Title III wire intercepts with the relevant discovery going along with each wire intercept with the potential existence of novel questions of law, and all of the search warrants executed in this case and

    2- with this case taken as a whole based on the amount of discovery forthcoming from the government regarding at least six (6) Title III wire

intercepts with the relevant discovery going along with each wire intercept; the reports in the case; and all of the search warrants that were executed in this case, counsel needs time necessary for effective preparation taking into account the exercise of due diligence.

Respectfully submitted
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 7-23-12        /s/ Michael D. Anderson by e mail authorization
_____
Michael D. Anderson
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 7-23-12        /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant
20- Jason Siegfried

**ORDER**

The Court having read and considered the parties agreements and stipulations and the record in this case, hereby makes the following findings and Order:

Time under the Speedy Trial Act to September 6, 2012, has already been made by this Court pursuant to the Stipulation and Order at docket # 225, dated June 19, 2012, and that Order and factual findings is incorporated herein and adopted in full;

The Court finds that from September 6, 2012, to and including November 29, 2012, time under the Speedy Trial Act can be excluded pursuant to Title 18 U.S.C. section 3161(h)(1)(d) (pending motion before the court, Local Code E) to the pending motion and resulting appeal of that motion to the District Court brought on behalf of defendant Jason Siegfried and pursuant to Title 18 U.S.C. section 3161(h)(7)(A), 3161(h)(7)(B)(ii) which corresponds to Local Code T-2 (complex) and 3161(h)(7)(B)(iv) which corresponds to Local Code T-4 (attorney preparation time), in that the ends of justice served by continuing the case from Thursday, September 6, 2012 to and including November 29, 2012, outweigh the best interest of the public and the defendant in a speedy trial based upon the facts of this case:

1- the case is so unusual or so complex due to the number of defendants, to date being thrity-one (31); the nature of the prosecution dealing with at least six (6) Title III wire intercepts with the relevant discovery going along with each wire intercept with the potential existence of novel questions of law, and all of the search warrants executed in this case and

2- with this case taken as a whole based on the amount of discovery forthcoming from the government regarding at least six (6) Title III wire intercepts with the relevant discovery going along with each wire intercept; the reports in the case; and all of the search warrants that were

executed in this case, counsel needs time necessary for effective preparation taking into account the exercise of due diligence.

The Court adopts the parties agreements and stipulations to **modify only the Appeal briefing schedule and Appeal hearing date** as follows:

| | |
|---|---|
| Opening brief by Appellant due on or before | September 20, 2012 |
| Opposition brief by Appellee due on or before | October 25, 2012 |
| Reply brief by Appellant due on or before | November 8, 2012 |
| Hearing on Appeal | November 29, 2012 |

**Only the current Appeal hearing date of September 6, 2012, is hereby vacated. The Status Conference date of Thursday, September 6, 2012, is still on the Court's calendar.**

**IT IS SO ORDERED.**

Dated: July 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE