UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
August 30, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                                                )
        Plaintiff,        )
v.                                   )
                                                )
KEVIN KUESTER,             )
                                                )
        Defendant.        )

Case No. 2:12-CR-00198-MCE-22

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release KEVIN KUESTER, Case No. 2:12-CR-00198-MCE-22, Charge Title 21 USC §§ 846; 841(A)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $300,000 ($100,000 secured, remainder unsecured)

            ✔    Unsecured Appearance Bond ($100,000 by dft, $100,000 by ex-wife)

            ___    Appearance Bond with 10% Deposit

            ___    Appearance Bond with Surety

            ___    Corporate Surety Bail Bond

            ✔    (Other)    with pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 30, 2012 at 4:10 pm.

By    _/s/ Dale A. Drozd_
       Dale A. Drozd
       United States Magistrate Judge