**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JASON SIEGFRIED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> STEVEN ORTEGA, SR., ) <br> et al., ) <br> ) <br> DEFENDANTS. ) <br> ) | 12–CR-S-00198—MCE <br><br> STIPULATION AND ORDER TO MODIFY APPEAL SCHEDULE AND HEARING DATE |

The parties to this appeal, the United States of America, represented by Assistant United States Attorney, Mr. Michael D. Anderson and the defendant, JASON SIEGFRIED, represented by his counsel, Mr. James R. Greiner, hereby agree and stipulate that the Appeal briefing schedule can be modified as follows and that the present hearing date for the Appeal of Thursday, November 29, 2012, can be vacated and re-set to Thursday, February 14, 2013, at 9:00 a.m., or as soon thereafter as the matter might be heard by this Court and that the following modified briefing schedule is agreed to by the parties and presented to this Court for its approval:

| | |
|---|---|
| Opening brief by Appellant due on or before | December 6, 2012 |
| Opposition brief by Appellee due on or before | January 10, 2013 |
| Reply brief by Appellant due on or before | January 31, 2013 |

| | |
|---|---|
| Hearing on Appeal | February 14, 2013 |

The parties agree and stipulate that time under the Speedy Trial Act to November 29, 2012, has already been made by this Court pursuant to the Stipulation and Order at docket # 262, dated July 31, 2012, and that Order and factual findings is incorporated herein and adopted in full by the parties and the parties agree and stipulate that from November 29, 2012, to and including February 14, 2013, time under the Speedy Trial Act can be excluded pursuant to Title 18 U.S.C. section 3161(h)(1)(d) (pending motion before the court, Local Code E) to the pending motion and resulting appeal of that motion to the District Court brought on behalf of defendant Jason Siegfried and pursuant to Title 18 U.S.C. section 3161(h)(7)(A), 3161(h)(7)(B)(ii) which corresponds to Local Code T-2 (complex) and 3161(h)(7)(B)(iv) which corresponds to Local Code T-4 (attorney preparation time), in that the ends of justice served by continuing the case from Thursday, November 29, 2012 to and including, Thursday, February 14, 2013, outweigh the best interest of the public and the defendant in a speedy trial based upon the facts of this case:

    1- the case is so unusual or so complex due to the number of defendants, to date being thirty-one (31); the nature of the prosecution dealing with at least six (6) Title III wire intercepts with the relevant discovery going along with each wire intercept with the potential existence of novel questions of law, and all of the search warrants executed in this case and

    2- with this case taken as a whole based on the amount of discovery produced from the government regarding at least six (6) Title III wire intercepts with the relevant discovery going along with each wire intercept; the reports in the case; and all of the search warrants that were executed in this case, counsel needs time necessary for effective preparation taking into account the exercise of due diligence.

Respectfully submitted.

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 9-19-12  /s/ Michael D. Anderson by e mail authorization
_____
Michael D. Anderson
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 9-19-12  /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant
20- Jason Siegfried

**ORDER**

The Court having read and considered the parties agreements and stipulations and the record in this case, hereby makes the following findings and Order:

Time has been excluded under the Speedy Trial Act to November 29, 2012, by this Court pursuant to the Stipulation and Order at docket # 262, dated July 31, 2012, and that Order and factual findings is incorporated herein and adopted in full;

The Court finds that from November 29, 2012, to and including February 14, 2013, time under the Speedy Trial Act can be and is excluded pursuant to Title 18 U.S.C. section 3161(h)(1)(d) (pending motion before the court, Local Code E) to the pending motion and resulting appeal of that motion to the District Court brought on behalf of defendant Jason Siegfried and pursuant to Title 18 U.S.C. section 3161(h)(7)(A), 3161(h)(7)(B)(ii) which corresponds to Local Code T-2 (complex) and 3161(h)(7)(B)(iv) which corresponds to Local Code T-4 (attorney preparation time), in that the ends of justice served by continuing the case from Thursday, November 29, 2012 to and including Thursday, February 14, 2013, outweigh the best interest of the public and the defendant in a speedy trial based upon the facts of this case:

1- the case is so unusual or so complex due to the number of defendants, to date being thirty-one (31); the nature of the prosecution dealing with at least six (6) Title III wire intercepts with the relevant discovery going along with each wire intercept with the potential existence of novel questions of law, and all of the search warrants executed in this case

and

2- with this case taken as a whole based on the amount of discovery produced from the government regarding at least six (6) Title III wire intercepts with the relevant discovery going along with each wire intercept; the reports in the case; and all of the search warrants that were executed in this case, counsel needs time necessary for effective preparation taking into account the exercise of due diligence.

The Court adopts the parties agreements and stipulations to modify the Appeal briefing schedule and hearing date as follows:

| | |
|---|---|
| Opening brief by Appellant due on or before | December 6, 2012 |
| Opposition brief by Appellee due on or before | January 10, 2013 |
| Reply brief by Appellant due on or before | January 31, 2013 |
| Hearing on Appeal | February 14, 2013 |

The current Hearing date of November 29, 2012, is hereby vacated.

**IT IS SO ORDERED.**

Dated: September 25, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE