The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>Travis Olibas et. al. | Case Number: 12-CR-198 WBS<br><br>**STIPULATION AND**<br>**ORDER REGARDING CONDITIONS**<br>**OF PRETRIAL RELEASE**<br><br>**DATE: N/A**<br>**TIME:  N/A**<br>**DEPT: Hon. Dale A. Drozd** |

  In the matter at bar Defendant seeks to alter the Court's previously issued Pretrial Release Order issued by the Hon. Gregory G. Hollows on May 22, 2012 and subsequently altered by Stipulation and Order filed on December 26, 2012.

  I have spoken with Mr. Olibas's Pretrial Services Officer Mr. Ryan Garcia and AUSA Michael Anderson and requested that the order that Mr. Olibas be allowed to leave his residence only from 8 a.m. to 6 p.m. be deleted and that an order that "You are restricted to your residence every day as directed by the pretrial services officer" be substituted in its place.

  Both Mr. Garcia and AUSA Anderson have no objection to the change.

1

IT IS THERFORE STIPULATED:

Mr. Travis Olibas' Special Condition of Release be altered so that the phrase "You are restricted to your residence at all times except that you may be absent from your residence from the hours of 8 a.m. to 6 p.m.." be deleted and the phrase "You are restricted to your residence every day as directed by the pretrial services officer" be substituted in its place.

Dated: January 16, 2013
BENJAMIN WAGNER
United Sates Attorney

_____/s/_____
Michael Anderson
ASSISTANT UNITED STATES ATTORNEY

Dated: January 16, 2013

OLAF W. HEDBERG

_____/S/_____
Olaf W. Hedberg
ATTORNEY FOR TRAVIS OLIBAS

Mr. Travis Olibas' Special Condition of Release be altered so that the phrase "You are restricted to your residence at all times except that you may be absent from your residence from the hours of 8 a.m. to 6 p.m.." be deleted and the phrase "You are restricted to your residence every day as directed by the pretrial services officer" be substituted in its place.

IT IS SO ORDERED.

Dated: January 16, 2013

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Olibas0198.stipord.rel.cond.doc