The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

|  |  |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>Travis Olibas et. al. | Case Number: 12-CR-198 WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING CONDITIONS**<br>**OF PRETRIAL RELEASE**<br><br>**DATE: N/A**<br>**TIME: N/A**<br>**DEPT: Hon. Allison Claire** |

In the matter at bar Defendant seeks to alter the Court's previously issued Pretrial Release Order issued by the Hon. Gregory G. Hollows on May 22, 2012 and subsequently altered by Stipulation and Order filed on December 26, 2012.

I have spoken with Mr. Olibas's Pretrial Services Officer Mr. Ryan Garcia and AUSA Michael Anderson and requested that the order that Mr. Olibas be subjected to electronic monitoring be deleted.

Both Mr. Garcia and AUSA Anderson have no objection to the change.

1

IT IS THERFORE STIPULATED:

Mr. Travis Olibas' Special Conditions of Release be altered so that the requirement that he be subjected to electronic monitoring be deleted.

Dated: May 20, 2013
BENJAMIN WAGNER
United Sates Attorney

_____/s/_____
Michael Anderson
ASSISTANT UNITED STATES ATTORNEY

Dated: May 20, 2013

OLAF W. HEDBERG

_____/S/_____
Olaf W. Hedberg
ATTORNEY FOR TRAVIS OLIBAS

IT IS SO ORDERED

Mr. Travis Olibas' Special Conditions of Release be altered so that the requirement that he be subject to electronic monitoring be deleted.

Dated: May 21, 2013

*Allison Claire*
Hon. Allison Claire
United States Magistrate Court Judge