1   CARL E. LARSON, Bar #48162
    Attorney at Law
2   9490 Golden Gate Avenue
    Orangevale, CA 95662
3   Telephone: (916) 989-9226

4   Attorney for Defendant
    FREDERICK LAURENS
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )    Cr.S. 12-0198-MCE
                                 )
12            Plaintiff,         )
                                 )    **STIPULATION AND ORDER TO**
13     v.                        )    **MODIFY RELEASE CONDITIONS**
                                 )
14  FREDERICK LAURENS,           )
                                 )
15                               )
              Defendant.         )
16  ─────────────────────────────)

17

18       IT IS HEREBY STIPULATED between the parties through their

19  respective counsel, MICHAEL ANDERSON, Assistant United States Attorney,

20  and CARL E. LARSON, attorney for FREDERICK LAURENS, that the

21  defendant's conditions of pretrial supervision be modified by striking

22  the defendant's required participation in the submitting a drug and/or

23  alcohol testing (paragraph's 8 of the May 16, 2012, release order).

24  See the Amended Conditions of Release, as proposed.  (Exhibit A).

25       Mr. Laurens is completely compliant with all his conditions of

26  release.  Pretrial Services Officer, Renee Basurto, prepared Exhibit

27  "A" and agrees with this modification.

28

1    All other conditions of release shall remain in effect.

2

3    DATED: June 17, 2012                    Respectfully Submitted,

4

5
                                            /s/ Carl E. Larson
6                                           Attorney for Defendant
                                            FREDERICK LAURENS
7

8    DATED:  June 17, 2013                   BENJAMIN B. WAGNER
                                            United States Attorney
9

10
                                            /s/  Carl E. Larson for
11                                          MICHAEL ANDERSON
                                            Assistant U.S. Attorney
12
     **IT IS SO ORDERED.**
13

14   DATED:  June 19, 2013.

15                                          EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "A"

AMENDED Conditions of Release
Docket #2:12-CR-00198-MCE-9
Frederick Laurens


1.    You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2.    You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3.    You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4.    You shall cooperate in the collection of a DNA sample;

5.    Your travel is restricted to the Eastern and Northern Districts of California without the prior consent of the pretrial services officer;

6.    You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7.    You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).   However, medicinal marijuana, prescribed or not, may not be used;

8.    You shall obtain no new passport during the pendency of this case;

9.    You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

10.   You shall report any contact with law enforcement to your pretrial services officer within 24 hours; and

11.   You shall not associate or have any contact with any co-defendants, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.


June 7, 2013