UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
October 17, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12CR00198-MCE-15 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| TRAVIS OLIBAS, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  TRAVIS OLIBAS , Case No.  2:12CR00198-MCE-15 , Charge  Pretrial Release Violation , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_ Release on Personal Recognizance

\_\_ Bail Posted in the Sum of $\_\_

    \_\_ Unsecured Appearance Bond

    \_\_ Appearance Bond with 10% Deposit

    \_\_ Appearance Bond with Surety

    \_\_ Corporate Surety Bail Bond

    ✔ (Other)    Pretrial conditions as stated on the record.

The defendant shall not be released until 10/18/2013 @ 8:30 a.m. to Pretrial Services.

Issued at  Sacramento, CA  on  October 17, 2013  at  9:03 am  .

By /s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court